UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

JONATHAN STEWART                    )
                                    )      CASE NO. C05-3030 MWB
          Plaintiff,                )
                                    )
    vs.                             )            *JUDGMENT*
                                    )
W L KAUTZKY, et. al,,               )
                                    )
          Defendants.               )

This matter came before the Court. The issues have been decided and a decision has

been rendered.

IT IS ORDERED AND ADJUDGED that judgment shall be entered in favor of the

defendants and against plaintiff Stewart.

DATED:      September 2, 2005

                              Pridgen W. Watkins
                              Clerk of Court

                              S/src
                              BY: Deputy Clerk

**67-04**



FILED
U.S. District Court
Northern District of Iowa

9/2/05    By:    s/src

Copies mailed/faxed to counsel of record, pro se
parties
and others listed here:
mailed to pro se filer